UNITED STATES of America,
Plaintiff–Appellee,

v.

Shawn SADLER, a/k/a Tangulifu M. Barber, a/k/a Carlos Watts,
Defendant–Appellant.

No. 15–6294.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

Shawn Sadler, Appellant Pro Se. William Kenneth Witherspoon, Assistant United States Attorney, Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Sadler appeals the district court's order denying his motion and supplemental motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sadler,* No. 3:04–cr–00330–CMC–5 (D.S.C. Jan. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*